LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 954-2380
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CHRISTIAN V. OTTO,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

No. 5:23cv00292CAS(MAR)

[PROPOSED] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED AND FIFTY DOLLARS AND NO/100 ($4,450.00), and zero ($0.00) costs, subject to the terms of the stipulation.

Dated: August 11, 2023

                                            *Christina A. Snyder*
                                            CHRISTINA A. SNYDER
                                            UNITED STATES DISTRICT JUDGE